11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Waste Management of Texas, Inc.,                              * From the 261st District
                                                               Court of Travis County,
                                                               Trial Court No. D-1-GN-09-004107.

Vs. No. 11-11-00112-CV                                       * April 11, 2013

Greg Abbott, in his official capacity as                     * Opinion by McCall, J.
Attorney General of the State of Texas;                         (Panel consists of: Wright, C.J.,
County of Williamson; and Kurt E. Johnson,                      McCall, J., and Hill, sitting
                                                               by assignment.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we render judgment that the customer names and the pricing and volume information in the subject waste tickets are excepted from disclosure under the Texas Public Information Act and that, therefore, Williamson County is prohibited from disclosing the information to the requestor. The costs incurred by reason of this appeal are taxed against the party incurring the same.